# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharyl Duboise, | No. CV-20-00176-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Nature Med Premium LLC, et al., | |
| Defendants. | |

On February 11, 2021, Plaintiff filed a Notice of Settlement. (Doc. 21.) On April 9, 2021, Plaintiff filed a Notice of Dismissal with Prejudice, indicating she was dismissing all claims against the remaining Defendant, Arizona Golden Leaf Wellness, LLC with prejudice. (Doc. 23.)

IT IS ORDERED this matter is DISMISSED WITH PREJUDICE. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 30th day of June, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge